CERTIFIED TRANSLATION

link_cash_thing.txt

**Kryonyx says:**
   this one
   do you have some place that you would like to sell but you really do not have the time or are they places that need a lot of clothing and that?
**Albert says:**
   why the question
**Kryonyx says:**
   hhmm, I have a first class salesperson
**Albert says:**
   uhum
**Kryonyx says:**
   it is not to work directly but rather commission
**Albert says:**
   you don't want to have a person for the administration and you are thinking about another person
   look, first I need to do the office things in order to hire a person, even if it's for commission
   and believe me, right now I'm not thinking about that
**Kryonyx says:**
   true
**Albert says:**
   and if you think that my wardrobe is not adequate
**Kryonyx says:**
   I refer to a place for suit and that
**Albert says:**
   but look, a lot of the person like to see me like that 'cuz they feel more familiar

   in any case
   one does not have to get dressed to make a sale
   the important thing is to treat the client well and offer them good treatment
**Kryonyx says:**
   well, remember you and I don't use that model
**Albert says:**
   but I'm not interested in that right now
**Kryonyx says:**
   but there are places in which that is the first point of entry
**Albert says:**
   you know how much I bust my ass every day to sell and look for more clients every day they arrive
   and I sell day after day
   remember one thing and sorry to sound like this: I am the face of Link and I know my clients and my field
   you and other installers are my clients
**Kryonyx says:**
   of course
**Albert says:**
   that you're looking for the projects
   the wardrobe doesn't matter they only need something that is very important
   good prices and good treatment
   so that you know about your business and believe me I know about mine
**Kryonyx says:**
   the wardrobe is crucial a lot of times although you and I don't practice that
**Albert says:**
   I've not spent 3 years in bain
   vain
   we are doing something very bad
   (Redacted)
   (Redacted)
   (Redacted)
   (Redacted)
   (Redacted)
**Kryonyx says:**
   yes it is



I, Juan E. Segarra, USCCI/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Page   1

CERTIFIED TRANSLATION

link_cash_thing.txt

**Albert says:**
it can cost their job to that person
who has bust their ass so much to have it and besides that for me it is a scheme that I don't like
I don't feel comfortable
I want to do things as they should be
how one is supposed to do it
by the book

**Kryonyx says:**
(Redacted), (Redacted)

**Albert says:**
Ujum
you're right
(Redacted)
(Redacted)
(Redacted)
you are only on the outside
I'm the one busting his ass day after day in order to be able to sell
My apologies for saying things like this
but this is over now
(Redacted)
and that's it
If they want to buy then let them buy but I am not going to give away the money that I bust my ass day to day to have the profits
to make my business larger every day
you already have a 20k payment on the debt that link distributors has with Kryonyx

**Kryonyx says:**
I am here listening to you

**Albert says:**
what I will do is pay Kryonyx the money monthly
it should set a monthly installment to pay the same
and let link distributors work on its own

**Kryonyx says:**
we did that once already and we failed

**Albert says:**
with what you have
no, this time it will not be deposited

**Kryonyx says:**
we have done it already two times in fact

**Albert says:**
a check from link will be made to pay the debt in the way that you did it

I am not asking
I only told you to set an amount
and on every 1st day of the month the payment will be made as if it were rent
and that way link will not owe Kryonyx anything

**Kryonyx says:**
we are shareholders

**Albert says:**
uhum
I know
that's why
but the money came out of Kryonyx and not from your personal accounts
don't take it the wrong way

**Kryonyx says:**
that is from our personal profit

**Albert says:**
uhum, but it came out of the corporation with a check

**Kryonyx says:**
that is my dividend that I didn't take I paid taxes to take them out as an incentive
I took it out in a check from kryonyx, but it is half of Nomar's earning and mine

**Albert says:**



I, Juan E. Segarra, USCCI/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Page    2

CERTIFIED TRANSLATION

```
                              link_cash_thing.txt
```

    ok, well that's why
    I want to make the payment monthly
    set the amount
    so I can issue the payments

**Kryonyx says:**
    the amount cannot be set right now until we don't finish the evaluation because we cannot set an amount that pauses the business
    or affects its operational functionality

**Albert says:**
    set the amount
    I will make sure that it doesn't affect anything
    it's for this that I'm in front of the business every day

**Kryonyx says:**
    remember that it will be put on top of the table, but  administration will be issued
    so that it's worked on in parallel

**Albert says:**
    yes, but every company is supposed to have in house accounting not elsewhere

**Kryonyx says:**
    that's not the case, I have over 9 clients with that model

**Albert says:**
    since you are the ones that put the money I have neither voice or vote here I am just an employee that is in charge of an office

**Kryonyx says:**
    (Redacted)

**Albert says:**
    additionally that only charges 200 dollars
    that one person that does less than me gets more money than me and busts their ass less
    and has less responsibility

**Kryonyx says:**
    thanks for bringing that to the table
    I'm with you 100% there

**Albert says:**
    I am fair

**Kryonyx says:**
    your salary is what we would like to re-establish as soon as we finish the analysis

**Albert says:**
    uhum

**Kryonyx says:**
    and that's why I fought and fought with you around march 1st

**Albert says:**
    uhum
    you know something, I don't agree but I have to stay quiet because the money is yours

**Kryonyx says:**
    everything has been delayed because of the information to know the basic expenses and suppliers and

**Albert says:**
    look let's do something I am going to leave this topic here

**Kryonyx says:**
    because a lot of cash has come in
    and it doesn't line up

**Albert says:**
    uhum
    look let's leave the topic here
    you think that I'm not worried

**Kryonyx says:**
    we're not talking about what happened on Monday

**Albert says:**
    yes I am
    I am doing a very deep research
    you know something, I am not interested in the money that is not mine

**Kryonyx says:**



I, Juan E. Segarra, USCCI/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

```
link_cash_thing.txt
```

    and that is a problem

**Albert says:**
    I bust my ass for the 200 dollars I earn
    that I give my company 1000000000000000000000000000000000 %
    that I work nearly 24 hours
    look, I am not going to say anything else, I'm tired I haven't slept in 4 days

**Kryonyx says:**
    look, I'm surprised that you are so agitated, so much that I trust you, but there are some things that don't line up and it's not about money

**Albert says:**
    I'm not agitated
    I'm very calm, believe me

**Kryonyx says:**
    I'm not going to be an impostor and for the operation

**Albert says:**
    what happens is that I don't sleep
    and it's not because of what's happening
    it's for other reasons
    that have nothing to do with the office
    in case you're wondering
    so that you are no longer in doubt
    do you know something else, I feel uncomfortable for you to put a person to look over me every day

**Kryonyx says:**
    link is your son as it is mine, so much intellect you have put, contact, at the same time I have helped with the contacts and to get people in China, and I also dedicate time to it, like you do, and I live for link, that
    uncomfortable why, is there something internal that you want to tell me off the record

**Albert says:**
    I think that me, everything I do I tell you about it, I pass you all the emails of the contacts, believe me, I speak more with you than with my family

**Kryonyx says:**
    exactly

**Albert says:**
    you are like my brother
    believe me all of my problems, you are the only person with whom I can speak
    but I only mention it to you
    I only ask you who took the decision of giving Camilo the salary
    it was the two of you

**Kryonyx says:**
    I did not put that

**Albert says:**
    or only Nomar how I understand it
    if this is a partnership like you say   I think that we had to have talked about this 2 or three people
    he works well but I don't think that he has to be earning more than all of the rest

    because the rest of the people have been there longer and dedicate everything for the company

**Kryonyx says:**
    look at that, great point, both have family there

**Albert says:**
    yes you are right but I don't pay Rodney more
    I pay the fair amount
    and besides I don't have preferences
    If I have to give him a meno (typo) I give it to him

**Kryonyx says:**
    I don't want to bring the family issue today so that both are here when I give my point of view

**Albert says:**
  as he could have done with the rest

**Kryonyx says:**
to kick both your asses



I, Juan E. Segarra, USCCI/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

```
                            link_cash_thing.txt
```

once and for all

**Albert says:**
    yep

**Kryonyx says:**
    family is the worse thing that one can have in a business and you know about that because of the multiple fights you know what I'm referring to that even separates family

**Albert says:**
    yep
    that is in the past now it leaves me money
    and a lot
    believe me
    she pays more attention that there is a good margin to the sales more than me
    she doesn't let even one past her

**Kryonyx says:**
    I'm not disputing that that is a great topic to discuss on the next occasion and I'm glad that we bringing it to the collaboration
    now speak to me clearly about the cash, how is it being used?

**Albert says:**
    (Redacted)
    how it's always been used
    and a lot of the times it is deposited

**Kryonyx says:**
    Albert, without joking between friends I'm not going to get angry

**Albert says:**
    when they are amounts that are too big because it is reflected    invoices that have to be paid to the companies
    what do you want me to tell you

**Kryonyx says:**
    I have an idea

**Albert says:**
    yep
    what idea
    tell me

**Kryonyx says:**
    (Redacted)

**Albert says:**
    I'll only tell you one thing

**Kryonyx says:**
    to help

**Albert says:**
    if my money is not mine I am not interested
    I am clearer like water

**Kryonyx says:**
    you are a human being good that helping everyone that wins over your heart, and that doesn't bother me

**Albert says:**
    yep
    tell me
    I'm listening to you as you say
    well, my apologies I read you

**Kryonyx says:**
    true
    my problem is whether the new papers will support it and I haven't passed it to Nomar
    I don't want to finish doing the audit, see things that cannot be justified
    like silly things from costco, home depot, walmart and blab bla bla
    there are business things and there are things that aren't similar to the business and I don't wish to have to be asking what was that for and etc.
    nomar pays attention to me

**Albert says:**
     ok

**Kryonyx says:**
    if I say this is the end of this he'll put an end to it
    and we'll start this over from scratch



I, Juan E. Segarra, USCCI/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

                              link_cash_thing.txt

    and we put a higher salary and benefits for you and your brother
    but we do need control;

**Albert says:**
    ok
    I only have one question and my apologies for interrupting you

**Kryonyx says:**
    but you have to help me

**Albert says:**
    you don't feel good with my accountant?
    I'm asking you as your friend
    to you
    **

**Kryonyx says:**
    bro he doesn't point to our north, sincerely

**Albert says:**
    ok

**Kryonyx says:**
    its nice as you say to avoid
    but he doesn't bring us prosperity

**Albert says:**
    ok well let's look for another one
    that I can hand the papers every month and can balance everything
    I have not problem
    but you know, let's assign a person outside of all of us that will be only 4 hours
    and balance all of the papers and will pass it over to your administration
    every week
    that why I can distance myself from everything

**Kryonyx says:**
    I think that it's confusing, when I refer to my administration

**Albert says:**
    dude, I'm not confused

**Kryonyx says:**
    it's not that I manage link from kryonyx per se , everything stays in link

**Albert says:**
    well
    yes I understand you
    what you are trying to communicate to me

**Kryonyx says:**
    you send the things and I'll process the payroll
    the payment of electricity and water very 'lite'

**Albert says:**
    that's fine
    those payments arrive in my email
    and they're always paid on time
    but look I'm not trying to look for ecxuses (typo)
    I only want solutions
    excuses **

**Kryonyx says:**
    it's difficult to explain to you when you live it you will see the relief
    and you will thank me

**Albert says:**
    but it is easier if there is a person that takes care of it

**Kryonyx says:**
    now between you and me, how are we going to tally the remainder from the cash register

**Albert says:**
    in the same office I think
    that he/she calls
    that he/she sees the company's number charging

**Kryonyx says:**
    I will not do any collection

**Albert says:**
    let the same tell me Albert has to get a check from such and such client



I, Juan E. Segarra, USCCI/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

                              Page   6

CERTIFIED TRANSLATION

<pre>
                              link_cash_thing.txt
</pre>

<pre>
      and while one is at it, a visit is made to sell them more
      about that I speak
      I don't know if you understand me
      do you understand
      it's not that you don't have the control
      I'm talking about the account balancing being carried out every week
      but not me for it to be that person and the person that you put in charge in your
office
</pre>

**Kryonyx says:**
<pre>
      that you can explain to me on Friday in more detail of what I'm referring to with the
administration
      it's Jessica Torres
</pre>

**Albert says:**
<pre>
      I know
      that it can't be given to anyone
      besides only Rodney knows about you
      when you told me about the employee's manual
      you told me something
      if I'm not mistaken
      that you want to give it
</pre>

**Kryonyx says:**
<pre>
      when I'm talking about administration you are a part
</pre>

**Albert says:**
<pre>
      I'm not excluding myself
</pre>

**Kryonyx says:**
<pre>
      exactly
</pre>

**Albert says:**
<pre>
      I know that I am part
      I'm speaking in the same language as you
</pre>

**Kryonyx says:**
<pre>
      exactly
</pre>

**Albert says:**
<pre>
      I'm understanding you what you are trying to tell me
      how I told you both
      and believe me
</pre>

**Kryonyx says:**
<pre>
      what happens is that we have to put some 'boundaries'
</pre>

**Albert says:**
<pre>
      I want this to be bigger than Anixter
      and that we all win
      because that's the reason for this
      I am winning every day and believe me it's like managing an enterprise that
I haven't done it well it's true but every day I try
      I want and desire for this to be done well
</pre>

**Kryonyx says:**
<pre>
      read this
</pre>

**Albert says:**
<pre>
      tell me
</pre>

**Kryonyx says:**
<pre>
      working hard in the same way gives the same result
      but if working hard changing the strategy has new results
</pre>

**Albert says:**
<pre>
      yes
      you're right
</pre>

**Kryonyx says:**
<pre>
      when one is in the office in the routine the system eats you up
      if we use orthodox methods to do business, (Redacted)
      (Redacted) and survival elements
      soon we will be carrying out another novelty to make money
      anixer works like that and graybar
      but you know why you prevail
</pre>

**Albert says:**
<pre>
      yep
</pre>



I, Juan E. Segarra, USCCI/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

```
                                    link_cash_thing.txt




      because
      because it has salespeople because they visit the clients
   Kryonyx says:
      because anixter offers but it doesn't pay what it promises
      and graybar
      the difference link does it but delivered
   Albert says:
      ok
      you have a point
      very big
      ok summarizing all of this
      what are we going to do
   Kryonyx says:
      look I'm auditing, what small things do you not want me to present
   Albert says:
      why the question
   Kryonyx says:
      Nomar is determined to carefully examine everything
   Albert says:
      ok I understand you
   Kryonyx says:
      but I'm the one who does the analysis
      I wouldn't want any bitterness to exist between all of us
   Albert says:
      give me solutions
      now it's me asking
      you're my brother give me the advice
   Kryonyx says:
      ok
   Albert says:
      I'm here to listen to you
   Kryonyx says:
      look we have to remember the following
      we can't use the business like a personal account
   Albert says:
      ok
   Kryonyx says:
      first I need to know how much money you need to live well
   Albert says:
      I don't know right now
   Kryonyx says:
      that's why I'm giving you the queues
   Albert says:
      I'm telling you honestly
      I don't know
   Kryonyx says:
      ok
      more difficult but viable
   Albert says:
      I'm being honest with you
      I can't give you a number because I don't know
   Kryonyx says:
      I'll take all of the years of the business
      I'm going to look for the combination between your salary and items that are not directly part of the
business, that are not justifiable 'enterprise wise'
      we'll add it up and divide it by the years running
      we'll find an average use of money
      not all of it is salary of course because you also have dividends from the business
      with that we get, if the amount of money you spent since maybe it got out of
hand because you didn't have documentation, well it will be debt you have which will be deducted more
upfront when the divisions are made
      do you understand
   Albert says:
```



I, Juan E. Segarra, USCCI/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

**Page    8**

CERTIFIED TRANSLATION

link_cash_thing.txt

   yep

**Kryonyx says:**
   I put a global conceptualization

**Albert says:**
   I will look for all of the documentation that may be necessary
   that are from other past years

**Kryonyx says:**
   remember that you and I will sit together before anyone else

**Albert says:**
   but I'll look because I want for you more than anyone to feel comfortable with me

**Kryonyx says:**
   and I will make an observation about the items before anyone else knows it the more prepared you are the better

**Albert says:**
   so that you can see that the money wasn't spent in personal things of mine
   like you say costco
   but it might be yes that I bought something for myself

**Kryonyx says:**
   I said an example

**Albert says:**
   because the money I had wasn't enough
   it's true

**Kryonyx says:**
   there's something about a mortgage
   cellular phones accounts that aren't ours, they're silly things

**Albert says:**
   but you know I'll look for all of the invoices
   and if there's anything that has to be discounted I'll pay them with pleasure
   I don't have anything to hide
   and less from you

**Kryonyx says:**
   hey relax I'm the master of finances

**Albert says:**
   as I've told you
   apologies, you told me that you bought the notebook

**Kryonyx says:**
   yes I have it

**Albert says:**
   ok
   tomorrow you'll show me how to use it

**Kryonyx says:**
   now the flexi and Santander papers is easy to solve

**Albert says:**
   so in that way to take note of everything that will be written down

**Kryonyx says:**
   but the cash, how are we going to solve it
   we have that issue Nomar is going crazy with that

**Albert says:**
   look Tito and I speak to you heart in hand
   I don't touch the cash
   believe me
   (Redacted)
   believe me I only use it for that
   and I am very honest
   it may be that sometimes I forget to write down things
   but I have a procedure that may produce a better outcome for us
   I have some invoices in papers
   that are to fill in
   everything that is bought
   that sheet is filled in
   before taking the money out
   besides writing it down in the book
   those sheets need to add up with the book



I, Juan E. Segarra, USCCI/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**Page    9**

CERTIFIED TRANSLATION

link_cash_thing.txt

**Kryonyx says:**
if we can't justify the cash we are very screwed, because there will be uncertainty

**Albert says:**
and with the system
otherwise, well the person will be paid by check
that why we'll have the evidence

**Kryonyx says:**
we're in sync

**Albert says:**
and the cash will only be taken out to deposit if we have an emergency
and every day reports of cash sales will be made

**Kryonyx says:**
now look at what happens

**Albert says:**
cash and that way we'll see where it is
so that this way we're all calm
let me not forget to write something down

**Kryonyx says:**
if this crap doesn't add up – Nomar will ask us for the mother of all audits
about the cash
(Redacted) in front of his eyes he will
say there's more missing
you put yourself in my shoes

**Albert says:**
I do put myself that's why I'm suggesting an idea
so that this never happens

**Kryonyx says:**
that's super the good I loved it

**Albert says:**
no it will be the best

**Kryonyx says:**
together with other methods

**Albert says:**
that's fine

**Kryonyx says:**
it strengthens the procedure

**Albert says:**
that's fine well let's do that
(Redacted)

**Kryonyx says:**
(Redacted)
or whatever

**Albert says:**
(Redacted)
and one puts the reason

**Kryonyx says:**
even better

**Albert says:**
so that way checks are never made cash
because I've never liked that

**Kryonyx says:**
in kryonyx it's like that
no cash checks

**Albert says:**
well that's part of my idea
I will pick up the money every day
and I'll put it in zip by day
writing down the amount
in the books
I have 120 dollars in the front cash register
that I balance every day like that
the remainder is to be deposited and sealed in that envelop
writing down the amount date and hour



I, Juan E. Segarra, USCCI/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

**Page    10**

CERTIFIED TRANSLATION

```
                        link_cash_thing.txt
```


**Kryonyx says:**
    I think our conversation was very fruitful
    I think we're in sync
    remember we're still missing Nomar hahaha

**Albert says:**
    yes
    why do you think that I speak more with you than Nomar
    because you speak calmly
    Nomar doesn't

**Kryonyx says:**
    if Nomar asks for things he has the same rights

**Albert says:**
    yes it's fine I'm not saying anything
    it's just that calmly one can understand things
    like this the way you and I are talking (writing)

**Kryonyx says:**
    remember these days it's been very difficult for me because I'm feeling mega bad
    the migraines are daily and it's already affecting my work a little bit

**Albert says:**
    I only want to tell you something that nobody knows

**Kryonyx says:**
    you're a father
    hhhaaa

**Albert says:**
    you're not the only one that feels unwell
    I'm bleeding every time that I go to the bathroom
    I'm more screwed than you

**Kryonyx says:**
    it's an ulcer

**Albert says:**
    yes

**Kryonyx says:**
    and what medication

**Albert says:**
    none because they screw me worse
    I only hold back the mouth from eating things that I shouldn't eat
    that I've been 1 year
    I visit the doctor
    and he tells me each day you are getting better
    and I tell him yep
    because I don't eat the stuff I used to eat
    because I changed my diet completely
    the pills damage my organs

**Kryonyx says:**
    the protonix makes me sick with nausea and headache, Antunez my doctor and client indicates to me that it's very difficult to restore damages accumulated over many years
    diet is everything

**Albert says:**
    and I can't

**Kryonyx says:**
    but only an auxiliary treatment for 90 days and that's it, but lifestyle is eternal

**Albert says:**
    why do you think that I changed
    to not eat anymore meat
    because that affected me vey much

**Kryonyx says:**
    I have changed a lot that's why I've lost 8 pounds

**Albert says:**
    now I'm better
    nobody in my family knows it
I only ask that you never tell any of this to anyone please



I, Juan E. Segarra, USCCI/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

```
                            link_cash_thing.txt
```

    it's something that I want to battle on my own

**Kryonyx says:**
    relax, you cannot worry your family anymore
    they've been through enough already

**Albert says:**
    you know that although here they don't even pay attention to this
    I can arrive at 5 or 6 of the morning and they don't care
    so that you see how I'm living

**Kryonyx says:**
    at what house

**Albert says:**
    I arrived at 6 in the morning

**Kryonyx says:**
    I mean your parents

**Albert says:**
    no

**Kryonyx says:**
    no the strangers you live
    no with the strangers you live

**Albert says:**
    that's it
    that I'm only here because I have no other option
    truly

**Kryonyx says:**
    I think that your life has to be renovated because you are young and you're not happy
    your partners will always be an eternal fight

**Albert says:**
    I'm not happy its true

**Kryonyx says:**
    but I mean family-wise
    you know that a divorce splits link

**Albert says:**
    I only say that soon this will have a new start
    it's called divorce
    why do you think that I've put up with it

**Kryonyx says:**
    you don't look happy like at the beginning

**Albert says:**
    because I've done nothing
    because I'm still here like a stupid
    and everything for Link

**Kryonyx says:**
    you didn't understand my message on Tuesday

**Albert says:**
    I did understand

**Kryonyx says:**
    which one?

**Albert says:**
    about dissolving the link name
    taking the name off

**Kryonyx says:**
    Not to take it off exactly
    only alter the name
    link distributor and co
    it's another name

**Albert says:**
    yes I know
    well lets do what we have to do

**Kryonyx says:**
    Albert seriously if you're going to go for the divorce you have to make a decision with synchronized timing

**Albert says:**
    that's not going to happen yet



I, Juan E. Segarra, USCCI/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

```
                          link_cash_thing.txt
```

    be calm
    I don't go out dude
    so as to not screw
**Kryonyx says:**
    me neither
**Albert says:**
    I'm better off staying in the office until late
**Kryonyx says:**
    besides everything else May 1
**Albert says:**
    be calm
**Kryonyx says:**
    at home there's Jessica's birthday at home
**Albert says:**
    ok
    at what time at night?
**Kryonyx says:**
    yes at night and the fight, we bought it as well
**Albert says:**
    ok
**Kryonyx says:**
    so that the boxing fans don't miss it
**Albert says:**
    I don't even see that anymore
**Kryonyx says:**
    me neither
**Albert says:**
    it doesn't catch my attention
**Kryonyx says:**
    but if I don't put it on people won't come to the party
**Albert says:**
    a ha ha ha ha
**Kryonyx says:**
    remember Albert I know you have a lot of things hanging over you, as much as us, life personal, and etc.
    but you'll only live once and right now we're in the prime
**Albert says:**
    that's right
    ok like we said let's make the changes
    so that this improves better
    and everything looks the way it should look
    the change, I'm implementing it already
**Kryonyx says:**
    it's the kis
    keep it simple
**Albert says:**
    ever since everything balanced out
    everything has to balance out weekly for the books that you're going to have
**Kryonyx says:**
    you're going to see how simple it is, what we're referring to
**Albert says:**
    it's fine
    the changes are good
**Kryonyx says:**
    I can guarantee that you'll sleep better and more motivation
**Albert says:**
    I agree
    let's arrange all of this on Friday
    do you agree?
    good on your part?
**Kryonyx says:**
    yeap



I, Juan E. Segarra, USCCI/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

```
                              link_cash_thing.txt
```

**Albert says:**
  only Nomar is missing

**Kryonyx says:**
  I take care of the majority

**Albert says:**
  and on Friday we take care of
  whatever's there

**Kryonyx says:**
  remember that I agree to take care of your brother also with more $$$

  and you

**Albert says:**
  thanks but first I want to straighten this out

**Kryonyx says:**
  but the order first
  exactly

**Albert says:**
  something that I made many mistakes
  and I admit it
  but I've learned from the mistakes
  learnd and even more now with all of this
  learned

**Kryonyx says:**
  when I travelled I bought several business books to validate how it was in kryonyx
and other business

**Albert says:**
  I admit it I'm a beginner in businesses

**Kryonyx says:**
  and look it's not complicated, it's discipline with the tasks one leans back

**Albert says:**
  but believe me I'm learning from all of this that I can't do everything myself

**Kryonyx says:**
  Ronald Reagan said
  trust but verify

**Albert says:**
  that is the first part of the game as one says

**Kryonyx says:**
  the first part is basic
  I pay the basics – Jessica on this day the following bills are paid
  water, electricity, rent and telephones
  we have to pay the following suppliers
  I need to open credit and account in this place, we prepare the letters
  they arrive in an email or a designated fax
  we have to deposit this
  the payroll we pay by ach with everything balanced

**Albert says:**
  ok
  that's fine

**Kryonyx says:**
  we prepare the quarterly one, social security

**Albert says:**
  perfect
  I have no problem with that

**Kryonyx says:**
  we are facilitators
  that it's only closed
  nobody knows what is what

**Albert says:**
  ok
  that's fine
  it'll be like that

**Kryonyx says:**
  on Friday I will indicate to Jessica to use the same quickbooks to do all of that



I, Juan E. Segarra, USCCI/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

```
                        link_cash_thing.txt


we won't invent with additional things, unless we do a bookkeeping
well kid, I'm happy that we understand each other better on Friday I want to discuss the
kryonyx invoices and pay an installment
```

**Albert says:**
    ok
    rest

**Kryonyx says:**
    the same

**Albert says:**
    I'm still here without feeling sleepy

**Kryonyx says:**
    and me



I, Juan E. Segarra, USCCI/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**Page 15**