IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**Nomar Camilo, et. al.**
    Plaintiffs

    v.

**Albert Nieves, et al.**
    Defendants

Civil No. 10-2150 (DRD)

## JUDGMENT

Pursuant to the Court's *Opinion and Order Adopting Report and Recommendation* of December 16, 2013 (Docket No. 111), the Court hereby **ADOPTS IN TOTO** the Report and Recommendation of Magistrate Judge Bruce J. McGiverin (Docket No. 101) and **GRANTS** the following motions: (1) co-defendant Link Distributors, Corp.'s *Nominal Defendants' Motion to Dismiss Plaintiffs' Verified Shareholder Derivative Action Complaint or, in the Alternative, for Judgment on the Pleadings* (Docket No. 87); and (2) co-defendant Albert Nieves' *Motion in Request for Judgment on the Pleadings* (Docket No. 88). Thus, Plaintiffs' federal causes of action are hereby **DISMISSED WITH PREJUDICE**, and Plaintiff's causes of action under Puerto Rico law are **DISMISSED WITHOUT PREJUDICE**.

THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico this 16th day of December, 2013.

        */s/ Daniel R. Dominguez*
        Senior U.S. District Judge